FILED
CLERK, U.S. DISTRICT COURT

May 28, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRANISLAV SMOLICEK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>Defendants. | Case No. 2:21-cv-02402-SB-MAA<br><br>**ORDER GRANTING STIPULATION TO TRANSFER**<br><br>Courtroom: Courtroom 6C – 6th Flr.<br>Judge: Hon. Stanley Blumenfeld, Jr.<br><br>Complaint Filed: March 18, 2021 |

# ORDER

Before the Court is Plaintiff Branislav Smolíček's and Defendants Plug Power Inc.'s, Andrew Marsh's, and Paul B. Middleton's Stipulation to Govern Acceptance of Service and Transfer Venue. Dkt. No. 62. There, the parties represent that they "have conferred and agree that the Smolíček Action should be transferred to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a)."

According to that provision, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). The parties have consented to the Southern District of New York, and the Court agrees transfer will be convenient for all entities and in the interest of justice. As Manfred Schumacher—the only remaining movant seeking appointment as lead plaintiff—noted, "the Southern District of New York is the proper and most convenient forum" because other, related "actions in the Southern District were the first-filed securities class actions, Defendants Marsh and Middleton reside and work in New York, and Defendant Plug's corporate headquarters are located in New York." Dkt. No. 76. The parties also represent a substantial part of the events giving rise to the dispute occurred in that district, and most of the likely witnesses are located in New York.

Thus, the Court **GRANTS** the stipulation and **ORDERS** that pursuant to 28 U.S.C. § 1404, the above-captioned case shall be transferred to the United States District Court for the Southern District of New York.

The parties also request that defense counsel be authorized to and hereby accepts service of the Complaint in the above-captioned case on behalf of all

Defendants. This request is **DENIED** without prejudice to renewing the request before the transferee court, according to the law and procedures of the new forum.

**IT IS SO ORDERED**.

Dated: May 28, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge

ACTIVE/109888591.1

3